United States Bankruptcy Court
Middle District of Georgia
Columbus Division

| | |
|---|---|
| In Re:    Wayne Allen Volochenko<br>Tabitha Marie Volochenko<br>5877 Baker St.<br>Fort Benning, GA 31905-1944<br><br>XXX-XX-9191<br>XXX-XX-6123 | Case Number: 17-40261-JTL<br><br>CHAPTER 13 |

Amended Notice of Objection to Claim No. 6

THE CHAPTER 13 TRUSTEE, KRISTIN HURST, HAS FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE. THIS NOTICE IS BEING SENT TO YOU PURSUANT TO FRBP 3007.

**Your claim may be reduced, modified, or eliminated.** You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. **If you do not have an attorney, you may wish to consult one**. If not served with this notice in accordance with the Bankruptcy Code or the Federal rules of Bankruptcy Procedure, a copy of the objection may be obtained upon written request to counsel for the Chapter 13 Trustee, Kristin Hurst or at the Clerk's office.

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before **September 08, 2017** pursuant to FRBP 9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
P.O. Box 2147
Columbus, GA 31902
(706) 649 – 7837

**If a response is filed, a hearing on the objection shall be held on:**

**September 27, 2017 at 2:00 pm located at:**
**One Arsenal Place, Suite 309, 901 Front Avenue, Columbus, GA**

If you mail your response to the court for filing, you shall send it early enough so the court will **receive** the response on or before the response date stated above.

Any response shall also be served to the objecting party: Chapter 13 Trustee, Middle District Of Ga, P.O. Box 1907, Columbus, GA 31902 and upon all other persons indicated on the certificate of service attached to this pleading.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim.**

This notice is sent by the undersigned pursuant to M.D.GA. LBR 9004-1(C).

This 10 day of August 2017.

| | |
|---|---|
| Jon DeLoach, GA Bar No. 217220 for<br>Chapter 13 Trustee<br>P.O. Box 1907<br>Columbus, GA 31902<br>Telephone (706) 327-4151 | Kyle George, Clerk<br>United States Bankruptcy Court<br>P.O. Box 2147<br>Columbus, GA 31902<br>Telephone (706) 649-7837 |

United States Bankruptcy Court
Middle District of Georgia
Columbus Division

| | |
|---|---|
| In Re:   Wayne Allen Volochenko<br>Tabitha Marie Volochenko<br>5877 Baker St.<br>Fort Benning, GA 31905-1944<br><br>XXX-XX-9191<br>XXX-XX-6123 | Case Number: 17-40261-JTL<br><br>CHAPTER 13 |

Amended Objection to Claim No. 6

Now comes the standing Chapter 13 Trustee and files her objection to claim filed by Army And Air Force Exchange Services, in the amount of $3,903.53 designated as claim no. 6 in the Courts records.

The debtor's confirmed Chapter 13 plan does not contain a provision for treating this debt as secured. Therefore, this claim cannot be treated as secured for the purpose of distribution.

WHEREFORE, the Trustee prays that the Court enter an order allowing claim no. 6 to be treated as unsecured for distribution.

This 10 day of August 2017.

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

/s/ Jon DeLoach
Jon DeLoach, GA Bar No. 217220

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.Bank Officers have been noticed via Certified Mail.

Wayne Allen Volochenko
Tabitha Marie Volochenko
5877 Baker St.
Fort Benning,GA 31905-1944

(Debtor)

Custer, Custer & Clark

(Counsel for Debtor)

Army And Air Force Exchange Services
C/O Bass And Associates, P. C.
3936 E. Ft. Lowell Road, Ste 200
Tucson, AZ  85712

(Creditor)

Us Attorney Office
Po Box 1702
Macon, GA  31202-0000

Attorney General
Main Justice Bld.
10Th & Constitution
Washington, DC  20530-0000

United States Bankruptcy Court
Middle District of Georgia
Columbus Division

| | |
|---|---|
| In Re:  Wayne Allen Volochenko<br>Tabitha Marie Volochenko<br>5877 Baker St.<br>Fort Benning, GA 31905-1944<br><br>XXX-XX-9191<br>XXX-XX-6123 | Case Number:  17-40261-JTL<br><br>CHAPTER 13 |

This 10 day of August 2017.

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

/s/  Jon DeLoach

Jon DeLoach, GA Bar No. 217220