UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Wayne Allen Volochenko | |
| Tabitha Marie Volochenko | Case No: 17-40261-JTL |
| 5877 Baker St. | |
| Fort Benning, GA 31905-1944 | |

Withdrawal

Now comes the standing Chapter 13 Trustee and withdraw court docket #23.

This 14 day of August 2017.

/s/  Jon DeLoach

Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document  (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

| | |
|---|---|
| Wayne Allen Volochenko | Custer, Custer & Clark |
| Tabitha Marie Volochenko | |
| 5877 Baker St. | (Counsel for Debtor) |
| Fort Benning,GA 31905-1944 | |
| (Debtor) | |

This 14 day of August 2017.

/s/  Jon DeLoach

Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com