IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| In Re: | ■ | |
| | ■ | Chapter 13 |
| WAYNE ALLEN VOLOCHENKO, and | ■ | Bankruptcy No. 17-40261-JTL |
| TABITHA MARIE VOLOCHENKO, | ■ | |
| | ■ | |
| Debtors. | ■ | |
| _____ | ■ | |

**RESPONSE OF THE UNITED STATES OF AMERICA**
**TO TRUSTEE'S AMENDED OBJECTION TO AAFES' CLAIM No. 6**

COMES NOW the United States of America, on behalf of its agency, the Army and Air Force Exchange Service (herein after referred to as "AAFES"), by and through the undersigned United States Attorney for the Middle District of Georgia, and responds to Debtors' Objection to Claim No. 6. In support thereof, AAFES alleges:

1.

The Chapter 13 Trustee objects to AAFES claim, in the amount of $3,903.53, designated as Claim No. 6, alleging that "the debtor's confirmed Chapter 13 plan does not contain a provision for treating this debt as secured. Therefore, this claim cannot be treated as secured for the purpose of distribution." Therefore, the Trustee requests that AAFES' claim be allowed as unsecured for distribution.

2.

The United States of America shows that, according to AAFES' record, the claim filed is correct – AAFES holds a PMSI in property, valued at $119.98; the balance of the debt is listed as unsecured. However, as this plan has been confirmed, AAFES is bound by the confirmed plan.

3.

Consequently, AAFES is unable to oppose the Trustee's Objection.

WHEREFORE, for the reasons stated above, the United States respectfully requests that this Court grant such relief deemed appropriate should the parties otherwise not resolve this dispute.

Respectfully submitted, this 8th day of September 2017.

                                  G.F. PETERMAN, III
                                UNITED STATES ATTORNEY

By:   /s/ Barbara G. Parker
        _____
        Barbara G. Parker
        Assistant United States Attorney
        Georgia Bar No.  561750

ADDRESS:

P.O. Box 1702
Macon, Georgia 31202-1702

[478] 752-3511

## **CERTIFICATE OF SERVICE**

This is to certify that, this date, I have electronically filed the within and foregoing **RESPONSE OF THE UNITED STATES OF AMERICA TO TRUSTEE'S OBJECTION TO CLAIM OF AAFES, No. 6,** filed by and on behalf of the Army and Air Force Exchange Services, with the Clerk of the Court using the CM/ECF system. I also certify that Debtors' attorney of record and Trustee were served on this date by electronic means of the Court and Debtors via United States Mail with proper postage affixed thereto.

    Kristin Hurst
    Chapter 13 Trustee
    P.O. Box 1907
    Columbus, Georgia 31902-1907

    Greg A. Clark
    Attorney for Debtors
    P.O. Box 605
    Albany, Georgia 31702

    Wayne Allen Volochenko, Debtor
    Tabitha Marie Volochenko, Debtor
    5877 Baker Street
    Fort Benning, Georgia 31905-1944

This 8th day of September 2017.

                          G.F. PETERMAN, III
                          UNITED STATES ATTORNEY

                          /s/ Barbara G. Parker
By:

                          Barbara G. Parker
                          Assistant United States Attorney
                          Georgia Bar No.: 561750

ADDRESS:
P.O. Box 1702
Macon, Georgia 31202-1702
(478) 752-3511