

**SO ORDERED.**

**SIGNED this 19 day of September, 2017.**

**John T. Laney, III**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia
Columbus Division

| | | |
|---|---|---|
| In Re: | Wayne Allen Volochenko<br>Tabitha Marie Volochenko<br>5877 Baker St.<br>Fort Benning, GA 31905-1944<br><br>XXX-XX-9191<br>XXX-XX-6123 | Chapter 13<br><br>Case No: 17-40261-JTL |

Order for Claim No. 6

The objection of the Chapter 13 Trustee to claim # 6 filed by Army And Air Force Exchange Services, C/O Bass And Associates, P. C. 3936 E. Ft. Lowell Road, Ste 200, Tucson, AZ 85712, having been served upon the claimant and other parties of interest , and no response to said objection having been filed/or any filed response has been resolved or withdrawn, it is hereby

ORDERED that claim # 6 filed by Army And Air Force Exchange Services, is hereby designated as unsecured for the purpose of distribution .

END OF DOCUMENT

/s/  Jon DeLoach

Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com